UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL ACTION NO. 3:17-CR-17-GFVT

UNITED STATES OF AMERICA                                          PLAINTIFF

V.           **ORDER GRANTING MOTION OF UNITED STATES
              FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

CHRISTOPHER D. PINGUELY                                            DEFENDANT

\* \* \* \* \*

On December 7, 2017, the federal grand jury indicted the Defendant, Christopher D. Pinguely, on charges of carjacking, in violation of 18 U.S.C. § 2119, possession of a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A), and possession of a firearm by a user or addict, two counts, in violation of 18 U.S.C. § 922(g)(3). Pinguely is now confined at the Carroll County Detention Center in Carrollton, Kentucky, awaiting trial for a violation of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver Pinguely to the United States Marshal so that Pinguely may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, Pinguely, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER Pinguely in custody before the United States District Court at  Lexington , Kentucky, on  January 8 , ~~2017~~ 2018, at 2:30 pm, for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP Pinguely in custody until he is no longer needed, at which time the Marshal shall RETURN Pinguely to the custody of the jailer.

On this   7   day of December, 2017.

RW
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal (3 certified copies)
           United States Probation
           Cynthia T. Rieker, Assistant United States Attorney